# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

LUIS ECHEVERRIA,

    Plaintiff,

v.

MANDALAY BAY, LLC, et al.,

    Defendants.

Case No. 2:26-cv-00004-RFB-NJK

**Order**

[Docket No. 19]

Pending before the Court is the parties' proposed joint discovery plan and scheduling order. Docket No. 19.

The presumptively reasonable discovery period is 180 days from the date the first defendant answers or appears.  LR 26-1(b)(1).

In the instant plan, the parties measure the discovery period from the date Defendants filed their motion to dismiss.  *See* Docket No. 19 at 1; *see also* Docket No. 4.  However, the first defendant appeared on January 5, 2026, which occurred a week earlier.  *See* Docket No. 1.

Accordingly, the Court measures the discovery period from the date the first defendant appeared, **GRANTS in part** and **DENIES in part** the proposed plan, and sets case management deadlines as follows:

- Initial disclosures:  February 13, 2026
- Amend pleadings/ add parties:  April 7, 2026
- Initial experts:  May 7, 2026
- Rebuttal experts:  June 8, 2026
- Discovery cutoff:  July 6, 2026
- Dispositive motions:  August 5, 2026

1

- Joint proposed pretrial order:  September 4, 2026, or 30 days after resolution of dispositive motions

IT IS SO ORDERED.

Dated: February 9, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

2