# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

LUIS ECHEVERRIA,

     Plaintiff,

v.

MANDALAY BAY, LCC, et al.,

     Defendants.

Case No. 2:26-cv-00004-RFB-NJK

**ORDER**

[Docket No. 23]

Pending before the Court is Plaintiff's motion for leave to file his first amended complaint. Docket No. 23. Defendants did not file a response. *See* Docket. Accordingly, Plaintiff's motion to amend is **GRANTED** as unopposed. *See* Local Rule 7-2(d). Plaintiff must promptly file and serve the first amended complaint. *See* Local Rule 15-1(b).

IT IS SO ORDERED.

Dated: March 9, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1