PAUL T. TRIMMER, ESQ.
Nevada Bar No. 9291
CHAD C. BUTTERFIELD, ESQ.
Nevada Bar No. 10532
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Facsimile: (702) 921-2461
Email: paul.trimmer@jacksonlewis.com
Email: chad.butterfield@jacksonlewis.com

*Attorneys for Defendants*
*Mandalay Bay, LLC and MGM Resorts International*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LUIS ECHEVERRIA,<br><br>Plaintiff,<br>v.<br><br>MANDALAY BAY, LLC dba MANDALAY BAY RESORT & CASINO; MGM RESORTS INTERNATIONAL; DOES INDIVIDUALS I-X; ROE CORPORATIONS I-X,<br><br>Defendants. | Case No. 2:26-cv-00004-RFB-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff Luis Echeverria ("Plaintiff") and Defendants Mandalay Bay, LLC and MGM Resorts International (collectively "Defendants"), that this action shall be dismissed with prejudice pursuant to FRCP 41(a)(2).

///

///

///

///

///

///

///

///

Plaintiff and Defendants further stipulate that each party shall bear its own fees and costs.

IT IS SO STIPULATED on this 14th day of August, 2026.

**LUIS ECHEVERRIA**

*/s/ Luis Echeverria*
Luis Echeverria

*Plaintiff pro se*

**JACKSON LEWIS P.C.**

*/s/ Chad C. Butterfield*
PAUL T. TRIMMER, ESQ.
Nevada Bar No. 9291
CHAD C. BUTTERFIELD, ESQ.
Nevada Bar No. 10532
300 South Fourth Street, Suite 900
Las Vegas, NV 89101

*Attorneys for Defendants*
*Mandalay Bay, LLC and*
*MGM Resorts International*

**ORDER**

IT IS SO ORDERED.

**DATED:** August 14, 2026.

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**